UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN J DRAGASITS,
Plaintiff,

v.

D SANTOS, et al.,
Defendants.

Case No. 26-cv-09059-LJC

**ORDER OF TRANSFER**

Plaintiff Stephen Dragasits, a state prisoner currently incarcerated at the California Institute for Men, has filed a civil rights action under 42 U.S.C. § 1983 alleging Eighth and Fourteenth Amendment violations that occurred at Mule Creek State Prison.

When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. *See* 28 U.S.C. § 1391(b).

The acts complained of in this complaint occurred in Amador County, which is located in the Eastern District of California. Defendants are also located in Amador County. Venue, therefore, lies properly in the Eastern District of California. *See* 28 U.S.C. § 1391(b).

//

//

//

//

United States District Court
Northern District of California

United States District Court
Northern District of California

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall terminate all motions and transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: October 21, 2026

LISA J. CISNEROS
United States Magistrate Judge